LOKEN, Circuit Judge,
dissenting.
In my view, the district court in a careful and thorough opinion applied the correct preliminary injunction and First Amendment standards in granting plaintiffs’ motion for a preliminary injunction. Recognizing that our review of constitutional issues must be de novo, see Johnson v. Minneapolis Park & Rec. Bd., 729 F.3d 1094, 1098 (8th Cir.2013), I would affirm for reasons the district court explained at length. As the court succinctly stated, “Johnson is instructive insofar as it ana1lyzes an assumedly content neutral ban on distribution that silenced an unpopular speaker in a traditional public forum.” Traditionalist Am. Knights of the Ku Klux Klan v. City of Desloge, 983 F.Supp.2d 1137, 1147 (E.D.Mo.2013).